# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

IN THE MATTER OF THE SEIZURE OF:

Any and all funds in U.S. Bank account 153757607046 in the name of Above and Beyond Behavior, located at 2820 W. Charleston Boulevard, Las Vegas, NV 89102

Case No. 2:18-mj-152-~~GWF~~ EJY

**Order Unsealing Case**

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant case shall be unsealed.

**DATED** this 28th day of June, 2022.

_____
HON. ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE